UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

Phlycia Hunt

    Defendant

ORDER

1:23-MJ-01033-001

It is hereby ordered that the above defendant be released from custody on May 26, 2023, to staff of White Deer Run for transport to White Deer Run, 360 White Deer Run Road, Allenwood, PA.

It is hereby ordered that the following conditions of release be imposed:

The defendant is to complete residential treatment as directed by the U.S. Probation Office to include aftercare treatment as recommended at discharge.

The defendant shall abide by all the requirements of the location monitoring program which will be monitored by Global Positioning Satellite (GPS) Home Incarceration. You shall pay for all or part of the costs of the program based upon your ability to pay as determined by the officer.

SO ORDERED.

_____
Jeremiah J. McCarthy
U.S. Magistrate Judge

DATED: May 26, 2023
             Buffalo, New York